v.

**The STATE of Texas, Appellee.**

No. 28984.

Court of Criminal Appeals of Texas.

April 24, 1957.

**Herman CHOICE, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28976.

Court of Criminal Appeals of Texas.

April 24, 1957.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The unlawful possession of beer for the purpose of sale in a dry area, with a former conviction for an offense of like character, is the offense; the punishment, a fine of $500.

The record is before us without a statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.